

NUMBER 13-19-00139-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF W. C. N., A CHILD

On appeal from the 94th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on a defective notice of appeal and appellant's failure to correct the defects. On April 3, 2019 and May 7, 2019, the Court advised appellant that the notice of appeal was not in compliance with Texas Rules of Appellate Procedure 25.1(d)(2) and 9.5(e) and requested correction of the defects within ten days. *See* TEX. R. APP. P. 25.1(d)(2), 9.5(e), 37.1, 42.3(b),(c). Appellant has failed to correct the defects or otherwise respond to the Court's notices.

On May 7, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

NORA L. LONGORIA
Justice

Delivered and filed the
6th day of June, 2019.